JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NGUYEN HUU,

Plaintiff,

v.

D. MARIN, et al.,

Defendant.

No. 5:26-cv-02044-AH-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed as moot, and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: NOVEMBER 2, 2026

________________________________________

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE